ZACK MASTERS AND JOSEPH MOLLIS v. UNION
BEACH PLANNING BOARD.

October 21, 1980.

Petition for certification granted.

CARMEN SAGINARIO v. ATTORNEY GENERAL, STATE OF
NEW JERSEY.

October 22, 1980.

Ordered that the Order of this Court dated September 30, 1980 is hereby vacated; and it is further

Ordered that the petition for certification is granted.

ANN MARIE BROWN v. ROBERT M. BROWN.

October 22, 1980.

Petition for certification granted.

BOROUGH OF NORTH HALEDON v. BARRY SKOKOWSKI.

October 22, 1980.

Petition for certification denied.